1  PAUL ANDRE (State Bar No. 196585)
   pandre@kramerlevin.com
2  LISA KOBIALKA (State Bar No. 191404)
   lkobialka@kramerlevin.com
3  KRAMER LEVIN NAFTALIS & FRANKEL LLP
4  990 Marsh Road
   Menlo Park, CA  94025
5  Telephone:  (650) 752-1700
   Facsimile:  (650) 752-1800
6
7  ROBERT MORRIS (admitted *pro hac vice*)
   rmorris@kramerlevin.com
8  KRAMER LEVIN NAFTALIS & FRANKEL LLP
   1177 Avenue of the Americas
9  New York, NY  10036
   Telephone: (212) 715-9100
10 Facsimile: (212) 715-8000

11
   Attorneys for Defendant
12 FOWNES BROTHERS & CO., INCORPORATED

13              **IN THE UNITED STATES DISTRICT COURT**

14            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                        **SAN JOSE DIVISION**

| | |
|---|---|
| GLT TECHNOVATIONS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>FOWNES BROTHERS & CO., INCORPORATED, a New York corporation,<br><br>Defendant. | Case No.:  CV 12-00466-RMW<br><br>**STIPULATION AND []**<br>**ORDER CONTINUING HEARING AND**<br>**BRIEFING SCHEDULE FOR**<br>**DEFENDANT'S PENDING MOTION TO**<br>**DISMISS, TRANSFER VENUE AND/OR**<br>**STAY ACTION**<br><br>New Hearing Date:  April 20, 2012<br>Time: 9:00 a.m.<br>Judge:  Honorable Ronald M. Whyte<br>Courtroom 6, 4th Floor |

STIPULATION & [] ORDER EXTENDING TIME        CASE NO. 12-CV-00466-RMW
TO DISMISS, TRANSFER VENUE

Pursuant to Local Rule 6.1 and 6.2, the parties, Defendant Fownes Brothers & Co., Incorporated ("Defendant") and Plaintiff's GLT Technovations, LLC ("Plaintiff"), hereby stipulate as follows:

WHEREAS, on February 28, 2012, Defendant filed a Motion to Dismiss, Transfer or Stay this action ("Motion to Dismiss"), which was previously scheduled to be heard on April 3, 2012 before The Honorable Magistrate Howard R. Lloyd;

WHEREAS, on March 8, 2012, this case was reassigning to The Honorable Ronald M. Whyte;

WHEREAS, the Parties met and conferred regarding the schedule and to accommodate the parties' respective schedules, the Parties have agreed to the following:

(a) to reschedule the hearing on Defendant's Motion to Dismiss to Friday, April 20, 2012 at 9:00 a.m.;

(b) Plaintiff's opposition to Defendant's Motion to Dismiss, previously due on March 13, 2012, is extended and now due no later than March 30, 2012; and

(c) Defendant's reply to Plaintiff's opposition will be due no later than April 6, 2012.

WHEREAS, this stipulation will not have any effect on the schedule for the case.

WHEREFORE, IT IS STIPULATED AND AGREED that the hearing on Defendant's Motion to Dismiss is Friday, April 20, 2012, at 9:00 a.m. in Courtroom 6.  Plaintiff's opposition will be due by March 30, 2012, and Defendant's reply will be due by April 6, 2012.

**IT IS SO STIPULATED.**

DATED:  March 12, 2012

By: */s/ Lisa Kobialka*
    Lisa Kobialka

Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Robert Morris (admitted *pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

Attorneys for Defendant,
FOWNES BROTHERS & CO., INCORPORATED

DATED:  March 12, 2012

By: */s/ Kimberly Fahrenbrook Rich*
    Kimberly Fahrenbrook Rich

Irene V. Gutierrez
BAKER & MCKENZIE LLP
Two Embarcadero, 11th Floor
San Francisco, CA  94111-3802
Telephone: (415) 576-3099
Facsimile:  (415) 576-3099

Kimberly Fahrenbrook Rich (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Telephone: (214) 978-3051
Facsimile:  (214) 978-3099

Attorneys for Plaintiffs
GLT TECHNOVATIONS LLC

2

STIPULATION & [] ORDER EXTENDING TIME    CASE NO. 12-CV-00466-RMW
TO DISMISS, TRANSFER VENUE

**PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED** that the hearing on Defendant's Motion to Dismiss, Transfer Venue, and/or Stay is set for April 20, 2012 with Plaintiff's Opposition due March 30, 2012 and Defendant's Reply due April 6, 2012.

Dated: _____HBFJ_____, 2012        _____
                                               Honorable _____ Whyte
                                               U.S. DISTRICT JUDGE



3

_____
STIPULATION & [] ORDER EXTENDING TIME          CASE NO. 12-CV-00466-RMW
TO DISMISS, TRANSFER VENUE

**GENERAL ORDER 45 ATTESTATION**

I, LISA KOBIALKA, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time for Motion to Dismiss, Transfer Venue and/or Stay Action. In compliance with General Order 45, I hereby attest that Kimberly F. Rich, Lead Counsel for Plaintiff, have concurred with this filing. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2012							By: */s/ Lisa Kobialka*
									Lisa Kobialka
									KRAMER LEVIN NAFTALIS
									  & FRANKEL LLP

									Attorneys for Defendant,
									FOWNES BROTHERS & CO.,
									INCORPORATED

4